APPLICANT      ROYCE WAYNE SEWELL      APPLICATION NO. 83,606-03

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

### ACTION TAKEN

DISMISSED. NONCOMPLIANT WITH TEX. R. APP. P. 73.1.

*Per Curiam*      7-29-15

JUDGE      DATE